| PROB 22 (Rev. 2/88) | | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 1:02CR00219-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* CR05-92 |

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2005 OCT -5 P 4:57 CLERK'S OFFICE AT BALTIMORE BY _____ DEPUTY

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Damien Trizell Neal | DISTRICT Maryland | DIVISION Baltimore |
|---|---|---|
| | NAME OF SENTENCING JUDGE | Marvin J. Garbis |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 07/20/2004 — TO 07/19/2007 |

OFFENSE   Possession of a Firearm by a Convicted Felon

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_October 4, 2005_
Date

_[signature]_
Honorable Marvin J. Garbis
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge